1  JESSE A. CRIPPS, SBN 222285
    jcripps@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
3  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
4  Facsimile:  213.229.7520

5  SARAH ZENEWICZ, SBN 258068
    szenewicz@gibsondunn.com
6  JOSEPH C. HANSEN, SBN 275147
    jhansen@gibsondunn.com
7  GIBSON, DUNN & CRUTCHER LLP
    555 Mission Street, Suite 3000
8  San Francisco, CA  94105-0921
    Telephone:    (415) 393-8200
9  Facsimile:     (415) 393-8306

10  Attorneys for Defendant
    TAYLOR FARMS PACIFIC, INC.

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

    MARIA DEL CARMEN PENA, CONSUELO          CASE NO.
14  HERNANDEZ, LETICIA SUAREZ,
    ROSEMARY DAIL, WENDELL T. MORRIS,        **DECLARATION OF SARAH ZENEWICZ IN**
15  on behalf of themselves and on behalf of all   **SUPPORT OF DEFENDANT TAYLOR**
    other similarly situated individuals,          **FARMS PACIFIC, INC.'S NOTICE OF**
16                                                  **REMOVAL OF CLASS ACTION**
                        Plaintiffs,
17                                                  [San Joaquin Superior Court, Case No. 39-2012-
            v.                                      00276847-CU-OE-STK]
18
    TAYLOR FARMS PACIFIC, INC., d/b/a
19  TAYLOR FARMS, ABEL MENDOZA, INC.,
    MANPOWER, INC., QUALITY FARM
20  LABOR, INC., SLINGSHOT
    CONNECTIONS, LLC and DOES 1-50,
21  inclusive,

22                      Defendants.

23

24

25

26

27

28

                                            1
DECLARATION OF SARAH ZENEWICZ IN SUPPORT OF DEFENDANT TAYLOR FARMS PACIFIC, INC.'S
                    NOTICE OF REMOVAL OF CLASS ACTION

I, Sarah Zenewicz, declare as follows:

1.     I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Eastern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Taylor Farms Pacific, Inc. ("Taylor Farms Pacific") in this matter. I make this declaration in support of Defendant Taylor Farms Pacific's Notice of Removal. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached hereto as Exhibit A is a true and correct copy of the Summons and Complaint in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK, filed on February 17, 2012 in the Superior Court of the State of California, County of San Joaquin.

3.     Attached hereto as Exhibit B is a true and correct copy of the Superior Court's Order Granting Plaintiffs' Leave to File a Sixth Amended Complaint, dated June 26, 2013. The Sixth Amended Complaint, attached as Exhibit A to the Superior Court's Order, is the operative complaint in the instant action, and was deemed filed and served on Taylor Farms Pacific as of June 26, 2013.

4.     Attached hereto as Exhibit C is a true and correct copy of publicly available information reflecting that Defendant Manpower, Inc. ("Manpower") is incorporated under the laws of the State of Wisconsin, and that its executive officers, including the Chief Financial Officer, maintain their offices at Manpower's headquarters in Milwaukee, Wisconsin.

5.     Attached hereto as Exhibit D is a true and correct copy of an email sent from Plaintiffs' counsel, Philip A. Downey, to Jesse A. Cripps, counsel for Taylor Farms Pacific, on February 6, 2013.

6.     Attached hereto as Exhibit E is a true and correct copy of the docket in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK, as of June 25, 2013.

7.     Attached hereto as Exhibit F is a true and correct copy of all other pleadings filed with the Superior Court for the State of California, County of San Joaquin in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK. An index of these documents is submitted concurrently herewith.

2

1       I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct and that I executed this Declaration on June

3  26, 2013, at San Francisco, California.

4

5

6  _____

7                      Sarah Zenewicz

8  101537856.2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DECLARATION OF SARAH ZENEWICZ IN SUPPORT OF DEFENDANT TAYLOR FARMS PACIFIC, INC.'S
NOTICE OF REMOVAL OF CLASS ACTION