JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

SARAH ZENEWICZ, SBN 258068
  szenewicz@gibsondunn.com
JOSEPH C. HANSEN, SBN 275147
  jhansen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   (415) 393-8200
Facsimile:    (415) 393-8306

Attorneys for Defendant
TAYLOR FARMS PACIFIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.<br><br>**DECLARATION OF SARAH ZENEWICZ IN SUPPORT OF DEFENDANT TAYLOR FARMS PACIFIC, INC.'S NOTICE OF REMOVAL OF CLASS ACTION**<br><br>[San Joaquin Superior Court, Case No. 39-2012-00276847-CU-OE-STK] |

1

I, Sarah Zenewicz, declare as follows:

1. I am an attorney admitted to practice law before all courts of the State of California and in the United States District Court for the Eastern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Taylor Farms Pacific, Inc. ("Taylor Farms Pacific") in this matter. I make this declaration in support of Defendant Taylor Farms Pacific's Notice of Removal. Unless otherwise stated, the following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Summons and Complaint in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK, filed on February 17, 2012 in the Superior Court of the State of California, County of San Joaquin.

3. Attached hereto as Exhibit B is a true and correct copy of the Superior Court's Order Granting Plaintiffs' Leave to File a Sixth Amended Complaint, dated June 26, 2013. The Sixth Amended Complaint, attached as Exhibit A to the Superior Court's Order, is the operative complaint in the instant action, and was deemed filed and served on Taylor Farms Pacific as of June 26, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of publicly available information reflecting that Defendant Manpower, Inc. ("Manpower") is incorporated under the laws of the State of Wisconsin, and that its executive officers, including the Chief Financial Officer, maintain their offices at Manpower's headquarters in Milwaukee, Wisconsin.

5. Attached hereto as Exhibit D is a true and correct copy of an email sent from Plaintiffs' counsel, Philip A. Downey, to Jesse A. Cripps, counsel for Taylor Farms Pacific, on February 6, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of the docket in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK, as of June 25, 2013.

7. Attached hereto as Exhibit F is a true and correct copy of all other pleadings filed with the Superior Court for the State of California, County of San Joaquin in *Pena v. Taylor Farms Pacific, Inc.*, Case No. 39-2012-00276847-CU-OE-STK. An index of these documents is submitted concurrently herewith.

DECLARATION OF SARAH ZENEWICZ IN SUPPORT OF DEFENDANT TAYLOR FARMS PACIFIC, INC.'S
NOTICE OF REMOVAL OF CLASS ACTION

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on June 26, 2013, at San Francisco, California.

_____
Sarah Zenewicz

101537856.2