UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN PENA, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, et al.,<br><br>            Defendants. | No. 2:13-CV-01282-KJM-AC<br><br><br>ORDER |

        Defendant Manpower, Inc. requests leave to conduct discovery. Joint Status Report at 1–5, ECF No. 150. As explained below, the court DENIES the request.

        At the status conference held March 20, 2014, the court granted the parties "eight weeks from the date the court rule[d] on the latter of [co]defendant Taylor Farms Pacific, Inc.'s [then-]pending motion for summary judgment and defendant Manpower, Inc.'s [then-]pending motion to dismiss" to file "any remaining dispositive motion against individual plaintiffs." Minute Order, ECF No. 143. The court also instructed the parties to meet and confer before seeking leave of court if they wished to conduct additional discovery. *Id.* The relevant orders issued on March 28, 2014, ECF No. 144, and April 23, 2014, ECF No. 146, respectively, resulting in a dispositive motion deadline of June 18, 2014. Defendant filed its request on June 12, 2014. *Id.* at 10.

/////

1  Despite nearly three months' time between the status conference and the
2  deadline, defendant's request was not filed until six days before the deadline.  Further,
3  defendant made no attempt to either file a timely, but incomplete, motion or obtain relief from
4  the deadline.  Accordingly, and in light of the time afforded a party responding to a discovery
5  request under the Federal Rules of Civil Procedure, the court finds that this eleventh-hour
6  request could not have produced usable information.  Accordingly, the request is DENIED.
7  IT IS SO ORDERED.
8  DATED:  October 7, 2014.

_____
UNITED STATES DISTRICT JUDGE