JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

SARAH ZENEWICZ, SBN 258068
  szenewicz@gibsondunn.com
JOSEPH C. HANSEN, SBN 275147
  jhansen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 374-8400

Attorneys for Defendant
TAYLOR FARMS PACIFIC, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>            Plaintiffs,<br><br>     v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC and DOES 5-50, inclusive,<br><br>            Defendants. | NO. 2:13-cv-01282-KJM-AC<br><br>**DEFENDANT TAYLOR FARMS PACIFIC, INC.'S NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that, pursuant to the United States Court of Appeals for the Ninth Circuit's Order dated May 13, 2015, and attached as Exhibit A, which grants Defendant Taylor Farms Pacific, Inc.'s petition for permission to appeal pursuant to Rule 23(f) of the Federal Rules of Civil Procedure, Taylor Farms Pacific, Inc. hereby appeals in the above-captioned case to the United States Court of Appeals for the Ninth Circuit from the District Court's order granting in part and denying in part class action certification (ECF No. 200) entered on February 10, 2015.

Dated: May 13, 2015

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jesse A. Cripps*
Jesse A. Cripps
Attorney for Defendant
TAYLOR FARMS PACIFIC, INC.

# DECLARATION OF SERVICE

I, Joseph Hansen, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California 94105, in said County and State.  On the date indicated below, I served the:

**DEFENDANT TAYLOR FARMS PACIFIC, INC.'S NOTICE OF APPEAL**

in the manner described below:

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format of the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on May 13, 2015 at San Francisco, California.

                                                /s/ *Joseph Hansen*
                                                   Joseph Hansen

# EXHIBIT A

FILED

UNITED STATES COURT OF APPEALS

MAY 13 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARIA DEL CARMEN PENA; et al.,<br><br>    Plaintiffs - Respondents,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., DBA Taylor Farms,<br><br>    Defendant - Petitioner,<br><br>  and<br><br>ABEL MENDOZA, INC.; et al.,<br><br>    Defendants. | No. 15-80035<br><br>D.C. No. 2:13-cv-01282-KJM-AC<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: FARRIS and FRIEDLAND, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's February 10, 2015 order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

RJ/MOATT