UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DEL CARMEN PENA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, et al.,<br><br>Defendants. | No. 2:13-cv-01282-KJM-AC<br><br><br><br>ORDER |

Defendants Taylor Pacific Farms, Inc. (TFP), Abel Mendoza, Inc. (AMI), and Manpower, Inc. jointly apply *ex parte* for a stay of all proceedings in this case pending appeal of the court's February 19, 2015 order granting class certification in part. Ex Parte App., ECF No. 221; Order, ECF No. 200.  The plaintiffs have filed an opposition.  Opp'n 8–9, ECF No. 222.

To allow full opportunity for briefing and a hearing, this action is temporarily STAYED in its entirety pending resolution of a renewed motion to stay.  That motion shall be heard, if at all, no later than July 24, 2015, and shall be noticed and briefed according to the provisions of the Local Rules and this court's standing order.  In all other respects the application is DENIED without prejudice.

IT IS SO ORDERED.

DATED: May 19, 2015.

_____
UNITED STATES DISTRICT JUDGE