JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorney for Defendant
TAYLOR FARMS PACIFIC, INC.

[*Additional counsel listed in signature block*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC AND DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01282-KJM-AC<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Status Conference Date: February 8, 2019<br><br>Judge: Honorable Kimberly J. Mueller |

The undersigned counsel, on behalf of Plaintiffs and Defendants Taylor Farms Pacific, Inc. ("Taylor Farms Pacific"), Abel Mendoza, Inc., Manpower, Inc., Quality Farm Labor, Inc., and Slingshot Connections, LLC (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS:

1. In advance of the status conference scheduled for April 20, 2018 (Dkt. 262), Plaintiffs and Taylor Farms Pacific reached agreement to mediate the case with David A. Rotman in San Francisco, CA, and scheduled that mediation for May 16, 2018. To allow for mediation of the dispute, the Court previously continued the status conference to February 8, 2019. (Dkt. 284.)

2. Since that time, Plaintiffs and Taylor Farms Pacific attended mediation first on May 16, 2018 and again on November 30, 2018, and have reached a settlement, which covers all claims against all Defendants. Plaintiffs and Taylor Farms Pacific are currently working out the details of the long-form settlement agreement, and intend to file a motion for preliminary approval once the agreement and related documents are finalized. Accordingly, the Parties believe that a status conference would be unnecessary at this time.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that, subject to this Court's approval, the current February 8, 2019 status conference be vacated pending the filing of a motion for preliminary settlement approval.

IT IS SO STIPULATED.

Dated: January 30, 2019                    Respecfully submitted,

                                           PARRIS LAW FIRM


                                           By: */s/ John M. Bickford* (as authorized on 1/30/2019)
                                               R. Rex Parris (SBN 96567)
                                                 rrparris@parrislawyers.com
                                               Kitty K. Szeto (SBN 258136)
                                                 kszeto@parrislawyers.com
                                               John M. Bickford (SBN 280929)
                                                 jbickford@parrislawyers.com
                                               Eric N. Wilson (SBN 291815)
                                                 ewilson@parrislawyers.com
                                               **PARRIS LAW FIRM**
                                               43364 10th Street West
                                               Lancaster, CA 93534
                                               Tel: 661.949.2595 | Fax: 661.949.7524

*Attorney for Plaintiffs*
*MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS*

GIBSON, DUNN & CRUTCHER LLP


By: */s/ Jesse A. Cripps*
    Jesse A. Cripps
     jcripps@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    333 South Grand Avenue
    Los Angeles, CA 90071-3197
    Tel: 213.229.7000 | Fax: 213.229.7520

*Attorney for Defendant*
*TAYLOR FARMS PACIFIC, INC.*


MCCORMICK BARSTOW LLP


By: */s/ Wade M. Hansard* (as authorized on 1/30/2019)
    Wade M. Hansard (SBN 76676)
     wade.hansard@mccormickbarstow.com
    Christina C. Tillman (SBN 258627)
     christina.tillman@mccormickbarstow.com
    Laura A. Wolfe (SBN 266751)
     laura.wolfe@mccormickbarstow.com
    **MCCORMICK BARSTOW LLP**
    7647 N. Fresno Street
    Fresno, CA 93720
    Tel: 559.433.1300 | Fax: 559.433.2300

*Attorneys for Defendant*
*ABEL MENDOZA, INC.*

LITTLER MENDELSON P.C.

By: */s/ Gregory G. Iskander* (as authorized on 1/30/2019)
    Gregory G. Iskander (SBN 200215)
     giskander@littler.com
    **LITTLER MENDELSON P.C.**
    1255 Treat Boulevard, Suite 600
    Walnut Creek, CA 94597
    Tel: 925.932.2468 | Fax: 925.946.9809

*Attorneys for Defendants*
*MANPOWER, INC./CALIFORNIA PENINSULA,*
*erroneously sued as MANPOWER, INC.*

NOLAND, HAMERLY, ETIENNE & HOSS

By: */s/ Terrence R. O'Connor* (as authorized on 1/30/2019)
    Terrence R. O'Connor (SBN 88004)
     toconnor@nheh.com
    **NOLAND, HAMERLY, ETIENNE & HOSS**
    333 Salinas Street
    P.O. Box 2510
    Salinas, CA 93902-2510
    Tel: 831.424.1414 | Fax: 831.424.1975

*Attorneys for Defendant*
*QUALITY FARM LABOR, INC.*

VENTURA ROSSI HERSEY & MULLER, LLP

By: */s/ Daniel J. Muller* (as authorized on 1/30/2019)
    Daniel J. Muller (SBN 193396)
     dmuller@venturarossi.com
    **VENTURA ROSSI HERSEY & MULLER, LLP**
    160 W. Santa Clara Street, Suite 1575
    San Jose, CA 95113
    Tel: 408.512.3025 | Fax: 408.512.3022

*Attorneys for Defendant*
*SLINGSHOT CONNECTIONS, LLC*

**PURSUANT TO STIPULATION,** the February 8, 2019 status conference is VACATED. Absent a stipulation or showing of good cause for further delay, plaintiffs shall file a motion for preliminary settlement approval to be heard no later than May 3, 2019.

DATED: February 1, 2019.

_____
UNITED STATES DISTRICT JUDGE