1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard, #76676
     *wade.hansard@mccormickbarstow.com*
3  Laura A. Wolfe, #266751
     *laura.wolfe@mccormickbarstow.com*
4  7647 N Fresno Street
   Fresno, California 93720
5  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
6
7  Attorneys for Abel Mendoza, Inc.

8                    UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

10

| | |
|---|---|
| 11  MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals, | Case No. 2:13-cv-01282-KJM-AC |
| | **DEFENDANT ABEL MENDOZA, INC.'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |
| 15               Plaintiffs, | Judge:   Hon. Kimberly J. Mueller |
| 16               v. | Date:    May 16, 2019<br>Time:    10:00 a.m.<br>Dept.:   3 |
| 17  TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC and DOES 1-50, inclusive, | |
| 20               Defendants. | |

21

22  ///

23

24  ///

25

26  ///

27

28  ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N FRESNO STREET
FRESNO, CA 93720

DEFENDANT ABEL MENDOZA, INC.'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Defendant Abel Mendoza, Inc. ("AMI") does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement set for May 16, 2019 at 10:00 a.m. in Department 3 before the Honorable Kimberly J. Mueller, and respectfully requests this Court to grant the Motion in its entirety.

Dated:  April 26, 2019

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
                    */s/ Laura A. Wolfe*
Wade M. Hansard
Laura A. Wolfe
Attorneys for Abel Mendoza, Inc.

6009237.1

DEFENDANT ABEL MENDOZA, INC.'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT

1

**<u>PROOF OF SERVICE</u>**

2

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

3

4

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Fresno, State of California.  My business address is 7647 North Fresno Street, Fresno, CA 93720.

5

6

7

On April 26, 2019, I served true copies of the following document(s) described as **DEFENDANT ABEL MENDOZA, INC.'S NOTICE OF NON-OPPOSITION TO THE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** on the interested parties in this action as follows:

8

**SEE ATTACHED SERVICE LIST**

9

10

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

11

12

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

Executed on April 26, 2019, at Fresno, California.

14

15

16

 */s/ Carol Aurand*
Carol Aurand

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 N Fresno Street
Fresno, CA 93720

PROOF OF SERVICE

**SERVICE LIST**
**Maria Del Carmen Pena v. Taylor Farms Pacific, Inc., et al.**
**United States Eastern District Court of California**
**Case. No. 2:13-cv-01282-KJM-AC**

| | |
|---|---|
| Stuart Chandler<br>Stuart Chandler, a Professional Corporation<br>761 East Locust Ave, Ste. 101<br>Fresno, CA 93720<br>Facsimile: (559) 431-7778<br>stuart@chandlerlaw.com<br><br>*Attorneys for Plaintiffs* | Jesse A. Cripps, Esq.<br>Sarah Zenewicz, Esq.<br>Joseph C. Hansen, Esq.<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 South Grand Av enue<br>Los Angeles, CA 90071-3197<br>Tel:  (213) 229-3197<br>Fax: (213) 229-7520<br>Facsimile: (415) 374-8400<br>jcripps@gibsondunn.com<br>szenewicz@gibsondunn.com<br>jhansen@gibsondunn.com<br><br>*Attorneys for Defendant Taylor Farms Pacific, Inc.* |
| R. Rex Parris<br>Kitty Szeto<br>Alexander R. Wheeler<br>Patricia Oliver<br>R. Rex Parris Law Firm<br>43364 10th Street West<br>Lancaster, CA 93534<br>Facsimile:       (661) 949-7524<br>rrparris@rrexparris.com<br>awheeler@rrexparris.com<br>kszeto@rrexparris.com<br>poliver@rrexparris.com<br>npontious@rrexparris.com<br><br>*Attorneys for Plaintiffs* | Phillip A. Downey<br>Eric D. Rouen<br>The Downey Law Firm, LLC<br>P.O. Box 1021<br>Unionville, PA 19375<br>Facsimile: (610) 813-4579<br>downeyjustice@gmail.com<br>erdowneyjustice@gmail.com<br><br><br>*Attorneys for Plaintiffs* |
| Greg Iskander<br>Littler Mendelson P.C.<br>Treat Towers<br>1255 Treat Boulevard, Ste. 600<br>Walnut Creek, CA 94597<br>Telephone: (925) 932-2468<br>Facsimile: (925) 946-9809<br>giskander@littler.com<br><br>*Attorneys     for     Defendant     Manpower, Inc./California Peninsula* | Terrence O'Connor, Esq.<br>NOLAND,  HAMERLY,  ETIENNE  &  Hoss, APC<br>333 Salinas Street<br>PO Box 2510<br>Salinas, CA 93902-2510<br>Facsimile: (831) 424-1975<br>toconnor@nheh.com<br><br>*Attorneys for Defendant Quality Farm Labor, Inc.* |

| | |
|---|---|
| Daniel J. Muller<br>Ventura Rossi Hersey & Muller, LLP<br>160 W. Santa Clara Street, Ste. 1575<br>San Jose, CA 95113<br>Facsimile: (408)512-3023<br>dmuller@venturarossi.com<br><br>*Attorneys for Defendant Slingshot Connections Ltd.* | Naomi C. Pontious<br>Meyers, Fozi & Dwork, LLP[<br>1808 Aston Ave., Suite 100<br>Carlsbad, CA 92208<br>Tel: (760) 444-0039<br>Fax:  (760) 444-0130<br>npontious@meyersfozi.com<br><br>*Attorneys for Plaintiffs* |
| Eric Daniel Rouen<br>Law Office of Eric D. Rouen<br>114 Main Street, Suite 212<br>Jackson, CA 95642<br>Tel: (209) 217-8136<br>Fax: (209) 217-8153<br>Rouenlaw@att.net<br><br>*Attorneys for Plaintiffs* | |