JESSE A. CRIPPS, SBN 222285
  jcripps@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorney for Defendant
TAYLOR FARMS PACIFIC, INC.

[*Additional counsel listed in signature block*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC AND DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01282-KJM-AC<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE**<br><br>Status Conference Date: October 3, 2019<br><br>Judge: Honorable Kimberly J. Mueller |

The undersigned counsel, on behalf of Plaintiffs and Defendants Taylor Farms Pacific, Inc. ("Taylor Farms Pacific"), Abel Mendoza, Inc., Manpower, Inc., Quality Farm Labor, Inc., and Slingshot Connections, LLC (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS:

1. On April 5, 2019, Plaintiffs filed a motion for preliminary settlement approval ("Motion") in the above-captioned action (Dkt. 287);

2. After a hearing held on May 31, 2019, the Court denied Plaintiffs' Motion *without prejudice to renewal* in an Order dated August 23, 2019 (Dkt. 305);

3. As stated in the Court's Order, Plaintiffs may renew their Motion to "adequately address the court's remaining concerns described" in the Order, and Plaintiffs "may do so by filing a notice of renewal and reliance on prior briefing, with supplemental briefing focusing on only the issues called out by" the Order (Dkt. 305 at 9);

4. On September 4, 2019, the Court set a status conference for October 3, 2019 (Dkt. 306);

5. In light of the August 23, 2019 Order, Plaintiffs intend to file a notice of renewal for their motion for preliminary approval to adequately address the Court's remaining concerns by no later than October 11, 2019. Accordingly, the Parties believe that a status conference would be unnecessary at this time.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that, subject to this Court's approval, the current October 3, 2019 status conference be vacated pending Plaintiffs filing their notice of renewal for their motion for preliminary settlement approval.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: September 26, 2019 | Respecfully submitted, |
| 2 | | PARRIS LAW FIRM |
| 3 | | |
| 4 | | By: */s/ John M. Bickford* (as authorized on 9/25/19)<br>R. Rex Parris (SBN 96567) |
| 5 | | rrparris@parrislawyers.com<br>Kitty K. Szeto (SBN 258136) |
| 6 | | kszeto@parrislawyers.com<br>John M. Bickford (SBN 280929) |
| 7 | | jbickford@parrislawyers.com<br>Eric N. Wilson (SBN 291815) |
| 8 | | ewilson@parrislawyers.com<br>**PARRIS LAW FIRM** |
| 9 | | 43364 10th Street West<br>Lancaster, CA 93534 |
| 10 | | Tel: 661.949.2595 | Fax: 661.949.7524 |
| 11 | | *Attorney for Plaintiffs*<br>*MARIA DEL CARMEN PENA, CONSUELO* |
| 12 | | *HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL,*<br>*and WENDELL T. MORRIS* |
| 13 | | |
| 14 | | GIBSON, DUNN & CRUTCHER LLP |
| 15 | | By: */s/ Jesse A. Cripps* |
| 16 | | Jesse A. Cripps<br>jcripps@gibsondunn.com |
| 17 | | **GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue |
| 18 | | Los Angeles, CA 90071-3197<br>Tel: 213.229.7000 | Fax: 213.229.7520 |
| 19 | | *Attorney for Defendant* |
| 20 | | *TAYLOR FARMS PACIFIC, INC.* |

MCCORMICK BARSTOW LLP

By: */s/ Wade M. Hansard* (as authorized on 9/26/19)
   Wade M. Hansard (SBN 76676)
    wade.hansard@mccormickbarstow.com
   Christina C. Tillman (SBN 258627)
    christina.tillman@mccormickbarstow.com
   Laura A. Wolfe (SBN 266751)
    laura.wolfe@mccormickbarstow.com
   **MCCORMICK BARSTOW LLP**
   7647 N. Fresno Street
   Fresno, CA 93720
   Tel: 559.433.1300 | Fax: 559.433.2300

*Attorneys for Defendant*
*ABEL MENDOZA, INC.*


LITTLER MENDELSON P.C.


By: */s/ Gregory G. Iskander* (as authorized on 9/26/19)
   Gregory G. Iskander (SBN 200215)
    giskander@littler.com
   **LITTLER MENDELSON P.C.**
   1255 Treat Boulevard, Suite 600
   Walnut Creek, CA 94597
   Tel: 925.932.2468 | Fax: 925.946.9809

*Attorneys for Defendants*
*MANPOWER, INC./CALIFORNIA PENINSULA,*
*erroneously sued as MANPOWER, INC.*


NOLAND, HAMERLY, ETIENNE & HOSS


By: */s/ Terrence R. O'Connor* (as authorized on 9/26/19)
   Terrence R. O'Connor (SBN 88004)
    toconnor@nheh.com
   **NOLAND, HAMERLY, ETIENNE & HOSS**
   333 Salinas Street
   P.O. Box 2510
   Salinas, CA 93902-2510
   Tel: 831.424.1414 | Fax: 831.424.1975

*Attorneys for Defendant*
*QUALITY FARM LABOR, INC.*

VENTURA ROSSI HERSEY & MULLER, LLP

By: */s/ Daniel J. Muller* (as authorized on 9/26/19)
    Daniel J. Muller (SBN 193396)
    dmuller@venturarossi.com
  **VENTURA ROSSI HERSEY & MULLER, LLP**
  160 W. Santa Clara Street, Suite 1575
  San Jose, CA 95113
  Tel: 408.512.3025 | Fax: 408.512.3022

*Attorneys for Defendant*
*SLINGSHOT CONNECTIONS, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE