**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL and WENDELL T. MORRIS; on behalf of themselves and on behalf of all other similarly situated individuals;<br><br>  Plaintiffs,<br><br>  v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC; and DOES 5-50, inclusive,<br><br>  Defendants. | Case No. 2:13-CV-01282-KJM-AC<br><br>**CLASS ACTION**<br><br>**ORDER SETTING FINAL FAIRNESS HEARING** |

Having read the Stipulation to Set Final Fairness Hearing (Dkt. 322), and good cause appearing, the Court hereby sets the Final Fairness Hearing on **March 5, 2021** at **10:00 a.m.** before the Honorable Kimberly J. Mueller in **Courtroom 3** of the above-entitled court.

**IT IS SO ORDERED**

DATED: November 5, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE