UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:13-cv-01282-KJM-AC<br><br>**[PROPOSED] ORDER GRANTING COUNSEL FOR DEFENDANT ABEL MENDOZA, INC.'S REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date:  March 5, 2021<br>Time:  10:00 a.m.<br>Crtrm.: 3 |

The request of Counsel for Defendant Abel Mendoza, Inc. ("AMI") to appear telephonically at the March 5, 2021 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement (Docket No. 325) is hereby GRANTED. Counsel for AMI, Laura A. Wolfe (of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP) shall be available on the day of hearing at (559) 433-2160.

Date:_____                    _____
                                                                       Hon. Kimberly J. Mueller
                                                                       United States District Judge

003333-000005 7405986.1