1  JESSE A. CRIPPS, SBN 222285
     jcripps@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
3  Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
4  Facsimile:  213.229.7520

5  Attorney for Defendant
   TAYLOR FARMS PACIFIC, INC.

6
   [*Additional counsel listed in signature block*]

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                              SACRAMENTO DIVISION

| | |
|---|---|
| MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS, on behalf of themselves and on behalf of all other similarly situated individuals,<br><br>                     Plaintiffs,<br><br>        v.<br><br>TAYLOR FARMS PACIFIC, INC., d/b/a TAYLOR FARMS, ABEL MENDOZA, INC., MANPOWER, INC., QUALITY FARM LABOR, INC., SLINGSHOT CONNECTIONS, LLC AND DOES 1-50, inclusive,<br><br>                     Defendants. | CASE NO. 2:13-cv-01282-KJM-AC<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER FUNDING AND DISBURSEMENT DEADLINES**<br><br>Status Conference Date:        February 8, 2019<br><br>Judge:   Honorable Kimberly J. Mueller |

The undersigned counsel, on behalf of Plaintiffs and Defendants Taylor Farms Pacific, Inc. ("Taylor Farms Pacific"), Abel Mendoza, Inc., Manpower, Inc., Quality Farm Labor, Inc., and Slingshot Connections, LLC (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS:

1. The Final Fairness Hearing in this matter was held on March 4, 2021 at 10:00 a.m. before the Honorable Kimberly J. Mueller. During that hearing, the Court instructed the Parties to submit their stipulation with respect to funding and distribution deadlines in writing by 12:00 p.m. on Friday, March 5, 2021.

2. Under the current deadlines reflected in the Stipulation of Settlement, "Defendant will pay the Settlement Amount to the Claims Administrator within fourteen (14) calendar days after the Effective Date," as those terms are defined in the Stipulation. *See* ECF No. 287-1 § 2.11. The Stipulation of Settlement also states, "Within fourteen (14) calendar days after such payment is received by the Claims Administrator, all Court-approved payments will be made by the Claims Administrator to Participating Settlement Class Members, Plaintiffs, and Class Counsel (provided that Class Counsel has provided a completed W-9 to the Claims Administrator)," as those terms are defined in the Stipulation. *Id.*

3. The Parties have met and conferred and have agreed to (1) extend the time for Defendant to pay the Settlement Amount to the Claims Administrator from "fourteen (14) calendar days" to **twenty-one (21) days**, **but in no case earlier than April 1, 2021**; and (2) shorten the time for the Claims Administrator to make all Court-approved payments from "fourteen (14) calendar days" to **seven (7) calendar days**.

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that, subject to this Court's approval, Defendant will pay the Settlement Amount to the Claims Administrator within **twenty-one (21) days after the Effective Date, but in no case earlier than April 1, 2021**, as those terms are defined in the Stipulation, and that within **seven (7) calendar days after such payment is received by the Claims Administrator**, all Court-approved payments will be made by the Claims Administrator to Participating Settlement Class Members, Plaintiffs, and

Class Counsel (provided that Class Counsel has provided a completed W-9 to the Claims Administrator), as those terms are defined in the stipulation.

IT IS SO STIPULATED.

Dated:  March 5, 2021

Respecfully submitted,

PARRIS LAW FIRM

By: /s/ Kitty K. Szeto (as authorized on 3/4/2021)
    R. Rex Parris (SBN 96567)
      rrparris@parrislawyers.com
    Kitty K. Szeto (SBN 258136)
      kszeto@parrislawyers.com
    John M. Bickford (SBN 280929)
      jbickford@parrislawyers.com
    Eric N. Wilson (SBN 291815)
      ewilson@parrislawyers.com
**PARRIS LAW FIRM**
43364 10th Street West
Lancaster, CA 93534
Tel: 661.949.2595 | Fax: 661.949.7524

*Attorney for Plaintiffs*
*MARIA DEL CARMEN PENA, CONSUELO HERNANDEZ, LETICIA SUAREZ, ROSEMARY DAIL, and WENDELL T. MORRIS*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Jesse A. Cripps
    Jesse A. Cripps
      jcripps@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: 213.229.7000 | Fax: 213.229.7520

*Attorney for Defendant*
*TAYLOR FARMS PACIFIC, INC.*

MCCORMICK BARSTOW LLP

By: /s/ Laura A. Wolfe (as authorized on 3/4/2021)
    Wade M. Hansard (SBN 76676)
      wade.hansard@mccormickbarstow.com
    Christina C. Tillman (SBN 258627)
      christina.tillman@mccormickbarstow.com
    Laura A. Wolfe (SBN 266751)
      laura.wolfe@mccormickbarstow.com
    **MCCORMICK BARSTOW LLP**
    7647 N. Fresno Street
    Fresno, CA 93720
    Tel: 559.433.1300 | Fax: 559.433.2300

*Attorneys for Defendant*
*ABEL MENDOZA, INC.*

LITTLER MENDELSON P.C.

By:*/s/ Gregory G. Iskander* (as authorized on 3/4/2021)
    Gregory G. Iskander (SBN 200215)
      giskander@littler.com
    **LITTLER MENDELSON P.C.**
    1255 Treat Boulevard, Suite 600
    Walnut Creek, CA 94597
    Tel: 925.932.2468 | Fax: 925.946.9809

*Attorneys for Defendants*
*MANPOWER, INC./CALIFORNIA PENINSULA,*
*erroneously sued as MANPOWER, INC.*

NOLAND, HAMERLY, ETIENNE & HOSS

By: /s/ Ana Cristina Toledo (as authorized on 3/5/2021)
    Ana Christina Toledo (SBN 246636)
      atoledo@nheh.com
    **NOLAND, HAMERLY, ETIENNE & HOSS**
    333 Salinas Street
    P.O. Box 2510
    Salinas, CA 93902-2510
    Tel: 831.424.1414 | Fax: 831.424.1975

*Attorneys for Defendant*
*QUALITY FARM LABOR, INC.*

VENTURA ROSSI HERSEY & MULLER, LLP

By: */s/ Daniel J. Muller* (as authorized on 3/4/2021)
Daniel J. Muller (SBN 193396)
dmuller@venturarossi.com
**VENTURA ROSSI HERSEY & MULLER, LLP**
160 W. Santa Clara Street, Suite 1575
San Jose, CA 95113
Tel: 408.512.3025 | Fax: 408.512.3022

*Attorneys for Defendant*
*SLINGSHOT CONNECTIONS, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE

104444010.2